UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

THOMAS L. WILLIAMS,

        Plaintiff,

v.

RENO POLICE DEPARTMENT, *et al.,*

        Defendants.

CASE NO.: 3:16-CV-00281-RCJ-VPC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 9) entered on March 15, 2017, in which the Magistrate Judge recommends the Court dismiss this action in part with leave to amend in part. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 9).

IT IS HEREBY ORDERED that Plaintiff's IFP (ECF No. 1, 7) are GRANTED, the Court of the Clerk shall file the Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE, WITHOUT LEAVE TO AMEND as to Counts I and II against all defendants.

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE WITH LEAVE TO AMEND as to Count III against Tallman, Utter, and the Reno Police Department.

IT IS SO ORDERED this 12th day of April, 2017.

                                            _____
                                            ROBERT C. JONES
                                            UNITED STATES DISTRICT JUDGE