# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS L. WILLIAMS,<br><br>　　　　　Plaintiff,<br>v.<br><br>RENO POLICE DEPT., et al.,<br><br>　　　　　Defendants. | 3:16-cv-00281-RCJ-VPC<br><br>**MINUTES OF THE COURT**<br><br>July 26, 2017 |

PRESENT:　　THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　　LISA MANN　　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　On June 5, 2017, plaintiff filed a motion for expeditious district examination (ECF No. 20). Upon examination of the document, it appears to the court that it relates to plaintiff's habeas corpus action in Williams v. Gentry, 3:16-cv-259-MMD-VPC. Accordingly, plaintiff's motion (ECF No. 20) is **DENIED**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　By:　　　　　/s/　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk