UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| THOMAS L. WILLIAMS, | ) |
| Plaintiff, | ) CASE NO.: 3:16-CV-00281-RCJ-VPC |
| v. | ) O R D E R |
| RENO POLICE DEPT., *et al.*, | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 21) entered on July 26, 2017, in which the Magistrate Judge recommends the Court dismiss without leave to amend Plaintiff's Amended Complaint (ECF No. 18). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 21).

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint (ECF No. 18) is DISMISSED WITHOUT PREJUDICE, WITHOUT LEAVE TO AMEND.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment accordingly and close this case.

IT IS SO ORDERED this 22nd day of August, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE